**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RICARDO SANCHES PATTERSON,
A# 023-217-823,**

    **Petitioner,**

**vs.**                                                 **Case No. 4:20cv418-AW-MAF**

**WILLIAM BARR, et al.,**

    **Respondents.**

                                              /

## ORDER and REPORT AND RECOMMENDATION

The pro se Petitioner initiated this case on August 20, 2020, ECF No. 1, and subsequently filed a habeas petition, ECF No. 4. Petitioner alleged he is a native and citizen of Cuba who first entered the United States on May 4, 1980, as part of the Marial boatlift. *Id.* at 2-3. Petitioner was ordered removed in May of 1981, *id.* at 3, and despite being on supervision "for 40 years," Petitioner was taken into the custody of ICE on August 10, 2020. *Id.* He alleged that "ICE has been unable to remove" him to any country, and he sought release from detention on the basis that "there

[was] no significant likelihood" of his removal in the reasonably foreseeable future.  *Id.* at 4.

Finding the petition sufficient, service was directed.  ECF No. 6. Respondents filed a motion to dismiss the petition on November 11, 2020, advising that "Petitioner was released from ICE custody with conditions of supervision on November 10, 2020."  ECF No. 8 at 1.  Attached to the motion is a copy of the Order of Supervision, ECF No. 8-1, demonstrating that Petitioner was released from detention.  The certificate of service reveals that the motion was served on Petitioner at his address of supervision, 1603 N.W. 7th Avenue, Miami, FL 33136.  ECF No. 8 at 3.  As of this date, Petitioner has not filed any opposition to the motion.  Petitioner also has not filed a notice of change of address as directed in the prior two orders, suggesting that he has abandoned this litigation.  Accordingly, because it appears that Petitioner is no longer in detention and no further relief can be provided, the § 2241 petition should be dismissed as moot.

## O R D E R

Accordingly, it is **ORDERED** that the Clerk of Court provide this Order and Report and Recommendation to Petitioner at the address listed in the Respondents' certificate of service.  ECF No. 8 at 3.

Case No. 4:20cv418-AW-MAF

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss the petition as moot, ECF No. 8, be **GRANTED**, and the petition for writ of habeas corpus, ECF No. 4, be **DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on December 2, 2020.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:20cv418-AW-MAF