IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICARDO SANCHES PATTERSON,**

    **Petitioner,**

v.                                               Case No. 4:20-cv-418-AW-MAF

**JEFFREY ROSEN[1], et al.,**

    **Respondents.**

_____/

## ORDER OF DISMISSAL

Ricardo Sanches Patterson petitioned for release. ECF Nos. 1, 4. Respondents moved to dismiss, contending Mr. Patterson is no longer in custody and that the matter is moot. ECF No. 8. Mr. Patterson has not responded to the motion. Nor has he filed any objection to the magistrate judge's Report and Recommendation (ECF No. 10), which recommends I grant the motion.

I have determined the Report and Recommendation should be adopted, and it is now incorporated into this order. The clerk will enter a judgment that says "The habeas petition is dismissed as moot." The clerk will then close the file.

SO ORDERED on January 2, 2021.

                                                    s/ *Allen Winsor*
                                                    United States District Judge

---

[1] Among the respondents was United States Attorney General William Barr. ECF Nos. 1, 4. Because the Attorney General was sued in his official capacity, his successor is automatically substituted as a party. Fed. R. Civ. P. 25(d).